ROBERT E. PARIS, Appellant, v. THOMAS SUBIRANA, Respondent.—

Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.